```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 09243
   ROBERT K WILLIAMS
   ALEXIS WILLIAMS                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-7284    SSN XXX-XX-2521
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/01/06 and confirmed on 11/08/06.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $ 80311.12 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 61555.45 | .00 | 61555.45 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 30163.62 | .00 | 5740.30 |
| MONTEREY FINANCIAL SVCS | SECURED | 500.00 | .00 | 402.81 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 3099.06 | 289.13 | 2507.46 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| WESGLEN MASTER ASSOCIATI | SECURED | 1000.00 | .00 | 805.91 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1747.77 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 588.49 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1339.31 | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| CASH EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 451.04 | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| OMS | UNSECURED | NOT FILED | .00 | .00 |
| PLS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PIERCE HAMILTON | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARD PROCESSING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| WESTERN CABLE | UNSECURED | NOT FILED | .00 | .00 |
| 1ST CREDIT OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 1407.27 | .00 | .00 |

```
CAPITAL ONE AUTO FINANCE  UNSECURED      2391.09            .00            .00
NATIONAL CAPITAL MGMT LL  UNSECURED      3712.55            .00            .00
NATIONAL CAPITAL MGMT LL  UNSECURED      3824.03            .00            .00
FORD MOTOR CREDIT CO      UNSECURED      4069.25            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      1094.92            .00            .00
ECMC                      UNSECURED       522.45            .00            .00
FIRST MADISON SERVICES I  SECURED            .00            .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  96318.13      1747.77     19400.40         .00    117466.30
PRINCIPAL PAID      71011.93          .00          .00         .00     71011.93
INTEREST PAID         289.13          .00          .00         .00        289.13
TOTAL PAID          71301.06          .00          .00         .00     71301.06
```

The Debtor's attorney, MELVIN J KAPLAN                    , was allowed $   3000.00
and was paid $     26.00   direct and $    2974.00   through the plan.

The Trustee received $   3724.94 .

Refunds to the Debtor totaled $    2311.12 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                 PAGE   2
           CASE NO. 06 B 09243 ROBERT K WILLIAMS & ALEXIS WILLIAMS